UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SARA CHHAT-THUY,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, a Division of WELLS FARGO BANK, N.A; and DOES 1 - 10, inclusive,<br><br>    Defendants | CASE NO.:  2:13-CV-03680-DDP(CWx)<br><br>**[PROPOSED] ORDER RE WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:   July 1, 2013<br>Time:  10:00 a.m.<br>Ctrm.:  3, 2nd Floor<br><br>[Assigned to the Hon. Dean D. Pregerson] |

The motion to dismiss plaintiff's complaint, filed by Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (erroneously sued as "WELLS FARGO HOME MORTGAGE") ("Wells Fargo") came on regularly for hearing on July 1, 2013, the Honorable Dean D. Pregerson presiding.

The Court, having read and considered the motion, the request for judicial notice, all opposition and reply papers and the argument of the parties (if any), and good cause appearing rules as follows:

1.      Plaintiff's First Claim for Relief for Fraud fails because: (i) the claim is preempted by the Home Owners' Loan Act (HOLA); (ii) the complaint fails to allege a factual or legal basis for the claim; and (iii) the claim is not plead with adequacy or particularity.

2.      Plaintiff's Second Claim for Relief for Accounting fails because: (i) the claim is preempted by HOLA; (ii) the complaint fails to allege a factual or legal basis for the claim; and (iii) the claim is not plead with adequacy or particularity.

3.      Plaintiff's Third Claim for Relief for Intentional Misrepresentation fails because: (i) the claim is preempted by HOLA; (ii) the complaint fails to allege a factual or legal basis for the claim; and (iii) the claim is not plead with adequacy or particularity.

4.      Plaintiff's Fourth Claim for Relief for Negligent Misrepresentation fails because: (i) the claim is preempted by HOLA; (ii) the complaint fails to allege a factual or legal basis for the claim; and (iii) the claim is not plead with adequacy or particularity.

5.      Plaintiff's Fifth Claim for Relief for Promissory Fraud fails because: (i) the claim is preempted by HOLA; (ii) the complaint fails to allege a factual or legal basis for the claim; and (iii) the claim is not plead with adequacy or particularity.

6.      Plaintiff's Sixth Claim for Relief for Breach of the Implied Covenant of Good Faith and Fair Dealing fails because: (i) the claim is preempted by HOLA; (ii) the complaint fails to allege a factual or legal basis for the claim; and (iii) the claim is not plead with adequacy or particularity.

7.      Plaintiff's Seventh Claim for Relief for Negligence fails because: (i) the claim is preempted by HOLA; (ii) the complaint fails to allege a factual or legal basis for the claim; and (iii) the claim is not plead with adequacy or particularity.

///

8.      Plaintiff's Eighth Claim for Relief for Violation of Bus. & Prof. Code § 17200 *et seq* fails because: (i) the claim is preempted by HOLA; (ii) the complaint fails to allege a factual or legal basis for the claim; and (iii) the claim is not plead with adequacy or particularity.

9.      Plaintiff's Ninth Claim for Relief for Infliction of Emotional Distress fails because: (i) the claim is preempted by HOLA; (ii) the complaint fails to allege a factual or legal basis for the claim; and (iii) the claim is not plead with adequacy or particularity.

**WHEREFORE, IT IS HEREBY ORDERED:**

1.      Wells Fargo's request for judicial notice is granted;

2.      The motion to dismiss is granted in all respects, without leave to amend;

3.      Plaintiff's complaint is dismissed with prejudice;

4.      Plaintiff shall take nothing from Wells Fargo; and

5.      As the prevailing party, Wells Fargo shall be entitled to file motions to tax costs and for reasonable attorneys' fees.


DATED: _____     _____
                        HONORABLE DEAN D. PREGERSON
                        UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER RE WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*

Joel M. Feinstein, Esq.
Chris T. Nguyen, Esq.
Law Office of Joel M. Feinstein, APC.
2021 Business Center Drive, # 213
Irvine, California 92612

Tel: (949) 419-8912 / Fax: (888) 900-5155

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **May 29, 2013.**

| Lina C. Velasquez | */s/ Lina C. Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |